UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:06CV5-EHJ

MICHAEL S. CLEMENT                                                                                   PLAINTIFF

v.

JO ANNE BARNHART,
Commissioner of Social Security                                                                      DEFENDANT

**MEMORANDUM OPINION**

Plaintiff Michael S. Clement seeks Disability Insurance and Supplemental Security Income benefits which were denied by the Commissioner. The matter was referred to United States Magistrate Judge W. David King who recommends that the Decision of the Commissioner be upheld. This Court has conducted a de novo review of the specific, written objections of the plaintiff and finds that the Report and Recommendation of the Magistrate Judge should be adopted and the Decision of the Commissioner should be affirmed.

Mr. Clement claims that he became disabled as a result of a bulging disc in the lumbar spine, lumbar disc degeneration, and arthritis of the lower lumbar region (Tr. 68). Administrative Law Judge James Craig ("ALJ") found that Mr. Clement suffers from severe impairments including osteoarthritis of the lumbar spine with radiculitis, but that the impairments do not meet or medically equal listed impairments (Tr. 23). The claimant was found capable of performing a limited range of light to sedentary work including work as a cashier II and in production assembly.

Plaintiff has filed objections to the Magistrate's Report, arguing that 1) the ALJ did not have substantial evidence for his findings that reject the physical capacities opinions given by plaintiff's treating physician Dr. Maddux; and 2) the ALJ did not give proper consideration to the combination of the claimant's physical and mental impairments as required by 404.1523.

After reviewing the record in its entirety and conducting a de novo review of the matters raised by each of these objections, the Court has determined that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. The Court adopts the Magistrate Judge's proposed Report and Recommendation in its entirety.

A Judgment in conformity has this day entered.